UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | No. 2:24-cv-00110-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 45, 47, 54) |

Plaintiff Jon Lewis is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 2, 2025, Plaintiff filed a motion for findings of fact and conclusions of law. (Doc. No. 45.) On January 17, 2025, Defendant Synchrony Bank filed a motion to dismiss Plaintiff's second amended complaint. (Doc. No. 47.) On May 14, 2025, the magistrate judge issued findings and recommendations recommending Defendant's motion to dismiss be granted, Plaintiff's motion for findings of fact and conclusions of law be denied, and Plaintiff's second amended complaint's federal claims be dismissed without leave to amend. (Doc. No. 54.) The magistrate judge also recommended that the court decline to exercise supplemental jurisdiction over Plaintiff's state law claims. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at

9.) On May 28, 2025, Plaintiff filed objections to the magistrate judge's findings and recommendations. (Doc. No. 56.) On June 11, 2025, Defendant filed a response to Plaintiff's objections. (Doc. No. 59.) Plaintiff's objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 14, 2025 (Doc. No. 54) are ADOPTED in full;
2. Defendant's motion to dismiss (Doc. No. 47) is GRANTED;
3. Plaintiff's second amended complaint's federal claims (Doc. No. 28) are DISMISSED without leave to amend;
4. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims;
5. Plaintiff's motion for findings of fact and conclusions of law (Doc. No. 45) is DENIED; and
6. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2025**

Dena Coggins
United States District Judge

2