UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LEWIS,<br><br>             Plaintiff,<br><br>    v.<br><br>SYNCHRONY BANK,<br><br>             Defendant. | No. 2:24-cv-0110-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 63, 67) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On October 21, 2025, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 67.) On October 31, 2025, Plaintiff Jon Lewis filed objections to the magistrate judge's findings and recommendations. (Doc. No. 71.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on October 21, 2025 (Doc. No. 67) are ADOPTED in full;

2. Plaintiff's motion to alter or amend the judgment (Doc. No. 63) is DENIED; and

3. This case shall remain closed.


IT IS SO ORDERED.

Dated: __**December 30, 2025**__   _____

Dena Coggins
United States District Judge

2